ON PETITION FOR REHEARING EN BANC-

PATRICK E. HIGGINBOTHAM, Circuit Judge:
The court having been polled at the request of one of its members, and a majority of the judges who are in regular active service and not disqualified not having voted in favor (Fed. R.App. P. 35 and 5th Cir. R. 35), the Petition for Rehearing En Banc is DENIED. Judge Garza, joined by Judges Jones, Smith, Clement, and Owen, dissents from the court’s denial of rehearing en banc, and his dissent is attached.
In the en banc poll, 5 judges voted in favor of rehearing (Judges Jones, Smith, Clement, Owen, and Elrod) and 10 judges voted against rehearing (Chief Judge Stewart and Judges Jolly, Davis, Dennis, Prado, Southwick, Haynes, Graves, Hig-ginson, and Costa).